FEBRUARY 22, 1994

No. 93–7006. RAMIREZ v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief for the United States filed January 26, 1994.

No. — – —. RUIZ v. UNITED STATES. Motion of petitioner for leave to file petition for writ of certiorari under seal denied without prejudice to petitioner filing a new motion accompanied by a redacted petition for writ of certiorari.

No. — – —. WEBB v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
No. — – —. FLEEHER v. TOBIN, DIRECTOR, PENNSYLVANIA DEPARTMENT OF TRANSPORTATION; and
No. — – —. THOMPSON ET AL. v. MURPHY ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. — – —. DINGLE v. UNITED STATES. Motion of petitioner for leave to file petition for writ of certiorari under seal and with a public copy with confidential material deleted denied.

No. A–450. PREWITT v. MOORE ET AL. Application for injunction, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–546. BAIN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–681. FIRST INTERSTATE BANK OF DENVER v. DUFFIELD. C. A. 10th Cir. Application for stay of mandate, addressed to JUSTICE SCALIA and referred to the Court, denied.